AO 133   (Rev. 11/08) Bill of Costs

United States Courts
Southern District of Texas
FILED

JUL 1 7 2009

Clerk of Court

UNITED STATES DISTRICT COURT

for the

Southern District of Texas

*Elizabeth Krohn*

v.

*David Powers Homes*

Case No.: 4:07-cv-03885

)
)
)
)
)

**Bill of Costs**

Judgment having been entered in the above entitled action on *June 30, 2009* against *Plaintiff*
                                                                    Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk ............................................................ | | $ |
| Fees for service of summons and subpoena ........................................ | (Exh. A) | 1,360.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ........ | (Exh. B) | 11,562.61 |
| Fees and disbursements for printing ............................................ | | |
| Fees for witnesses *(itemize on page two)* ........................................ | | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case . | (Exh. C) | 7,064.04 |
| Docket fees under 28 U.S.C. 1923 .............................................. | | |
| Costs as shown on Mandate of Court of Appeals .................................. | | |
| Compensation of court-appointed experts ........................................ | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ...... | | |
| Other costs *(please itemize)* ................................................. | | |
| | TOTAL  $ | 14,986.05 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒   Electronic service by e-mail as set forth below and/or.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:  *Joel Buenker*

Name of   *Josef F. Buenker*

For:  *David Powers and David Powers Homes*   Date: *7/14/2009*
        Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

| CLERK OF COURT | | |
|---|---|---|
| | By: | |
| Clerk of Court | Deputy Clerk | Date |

AO 133 (Rev. 11/08) Bill of Costs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH KROHN, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:07-cv-03885 |
| | § | |
| DAVID POWERS HOMES, INC. and | § | |
| DAVID POWERS, Individually, | § | |
| | § | |
| Defendants | § | JURY DEMANDED |

## ITEMIZATION OF SUBPOENA COSTS FOR BILL OF COSTS

| | |
|---|---|
| Subpoena of John Clark | $120.00 |
| Subpoena of G.F. Watkins | $160.00 |
| Subpoena of G.F. Watkins | $150.00 |
| Subpoena of G.F. Watkins | $120.00 |
| Subpoena of Patrick Hickey | $185.00 |
| Subpoena of Barbara Carrol | $185.00 |
| Subpoena of Daniel Wasserberg | $165.00 |
| Subpoena of Jodie Vasquez | $205.00 |
| Subpoena of Jodie Vasquez | $205.00 |

**TOTAL AMOUNT OF SUBPOENA COSTS:**    **$1,360.00**



EXHIBIT

A

# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16036601 | 11/11/2008 | 1601-89476 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/11/2008 | SUBP | 4:06-CV-03885 |

### CASE CAPTION

Elizabeth Krohn vs. David Power Homes, Inc., et al

### TERMS

Immediate, sold FOB Merrill facility

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

---

SERVING SUBPOENA ON:
  John Clark
                                  120.00

SERVING SUBPOENA ON:
  G.F. Watkins
                                  160.00

                    TOTAL   DUE   >>>>      280.00

TAX ID NO.: 20-2665382

(713) 651-0111   Fax (713) 651-0220

*Please detach bottom portion and return with payment.*

---

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice No.: 16036601
Date     : 11/11/2008
TOTAL DUE :    280.00

Job No.  : 1601-89476
Case No. : 4:06-CV-03885
Elizabeth Krohn vs. David Power Home

Remit To:   LegaLink, Inc.
          PO Box 277951
          Atlanta, GA 30384

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16036627 | 11/13/2008 | 1601-89572 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/13/2008 | SUBP | 4:06-CV-2736 |

CASE CAPTION

Steadfast Insurance Co. vs. SMX 98, Inc., & Spaw Maxwell

TERMS

Immediate, sold FOB Merrill facility

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

SERVING SUBPOENA ON:
  G.F. Watkins

|  |  |
|---|---|
|  | 150.00 |
| TOTAL   DUE   >>>> | 150.00 |

TAX ID NO. : 20-2665382

(713) 651-0111   Fax (713) 651-0220

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice No.:  16036627
Date      :  11/13/2008
TOTAL DUE  :     150.00

Job No.   :  1601-89572
Case No.  :  4:06-CV-2736
Steadfast Insurance Co. vs. SMX 98,

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16036721 | 11/20/2008 | 1601-89554 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/20/2008 | SUBP | 4:06-CV-2736 |

**CASE CAPTION**

Steadfast Insurance Co. vs. SMX 98, Inc., & Spaw Maxwell

**TERMS**

Immediate, sold FOB Merrill facility

*(handwritten: ok to pay ... 8/28 ...)*
*(handwritten: DPHI Krohn)*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

```
SERVING SUBPOENA ON:
    G.F. Watkins
                                                          120.00

                        TOTAL    DUE    >>>>              120.00
```

*(handwritten: 112088)*

TAX ID NO.: 20-2665382                    (713) 651-0111    Fax (713) 651-0220

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

*(stamp: RECEIVED NOV 2 4 2008)*

Invoice No.: 16036721
Date      : 11/20/2008
TOTAL DUE :     120.00

Job No.   : 1601-89554
Case No.  : 4:06-CV-2736
Steadfast Insurance Co. vs. SMX 98,

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100     Phone: (713) 426-0400
Houston, TX 77002     Fax: (713) 426-0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16036572 | 11/07/2008 | 1601-89505 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/03/2008 | SUBP | 4:06-CV-03885 |

| CASE CAPTION |
|---|
| Elizabeth Krohn vs. David Power Homes, Inc., et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

*OK TO pay
Carol
28.88.08*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

---

SERVING SUBPOENA ON:
  Patrick Hickey

                                                185.00

SERVING SUBPOENA ON:
  Barbara Carrol

                                                185.00

                              TOTAL    DUE    >>>>       370.00

fees include $40.00 witness fees and milage.

*11/21/09*

TAX ID NO.: 20-2665382                                 (713) 651-0111    Fax (713) 651-0220

*Please detach bottom portion and return with payment.*

---

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046



RECEIVED
NOV 14 2008
Entered   11/24
Scanned

Invoice No.: 16036572
Date      : 11/07/2008
TOTAL DUE   :     370.00

Job No.      : 1601-89505
Case No.    : 4:06-CV-03885
Elizabeth Krohn vs. David Power Home

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

OK to pay
Dani
2-28-08

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16036574 | 11/07/2008 | 1601-89408 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/05/2008 | SUBP | 4:06-CV-03885 |

| CASE CAPTION |
|---|
| Elizabeth Krohn vs. David Power Homes, Inc., et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

SERVING SUBPOENA ON:
 Daniel Wasserberg

165.00

TOTAL   DUE   >>>>         165.00

111976

TAX ID NO.: 20-2665382                                      (713) 651-0111    Fax (713) 651-0220

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

RECEIVED

NOV 1 3 2008

Entered    11/18
Scanned

Invoice No.:  16036574
Date       :  11/07/2008
TOTAL DUE  :     165.00

Job No.    :  1601-89408
Case No.   :  4:06-CV-03885
Elizabeth Krohn vs. David Power Home

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16035819 | 09/24/2008 | 1601-88804 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/11/2008 | SUBP | 4:07-CV-03885 |

| CASE CAPTION |
|---|
| Elizabeth Krohn vs. David Powers Homes, Inc. et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

SERVING SUBPOENA ON:
    Jodie Vazquez

                                                                                    205.00

                                        TOTAL   DUE   >>>>                205.00

TAX ID NO.: 20-2665382                                          (713) 651-0111    Fax (713) 651-0220

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice No.:  16035819
Date      :  09/24/2008
TOTAL DUE  :     205.00

Job No.   :  1601-88804
Case No.  :  4:07-CV-03885
Elizabeth Krohn vs. David Powers Hom

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16035828 | 09/24/2008 | 1601-88863 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/15/2008 | SUBP. | 4:07-CV-03885 |

| CASE CAPTION |
|---|
| Elizabeth Krohn vs. David Powers Homes, Inc. et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

SERVING SUBPOENA ON:
   Jodie Vazquez

205.00

TOTAL   DUE   >>>>          205.00

TAX ID NO.: 20-2665382                    (713) 651-0111    Fax (713) 651-0220

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice No.:  16035828
Date        :  09/24/2008
**TOTAL DUE :**     205.00

Job No.   :  1601-88863
Case No.  :  4:07-CV-03885
Elizabeth Krohn vs. David Powers Hom

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ELIZABETH KROHN, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:07-cv-03885 |
| | § | |
| DAVID POWERS HOMES, INC. and | § | |
| DAVID POWERS, Individually, | § | |
| | § | |
| Defendants | § | JURY DEMANDED |

## ITEMIZATION OF TRANSCRIPTS AND DEPOSITIONS FOR BILL OF COSTS

| | |
|---|---|
| Videotaping of Elizabeth Krohn deposition | $1,655.00 |
| Transcript and copy of Elizabeth Krohn deposition | $2,574.35 |
| Transcript and copy of Harold Acord deposition | $   761.20 |
| Copy of transcript of Jerry Johnson deposition | $   251.23 |
| Copy of transcript of David Powers deposition | $   245.56 |
| Transcript and copy of Jodie Vasquez deposition | $   655.75 |
| Transcript and copy of Kevin Wiederhold deposition | $1,755.65 |
| Videotaping of Kevin Wiederhold deposition | $1,463.75 |
| Copy of transcript of George Neil Lewis deposition | $   494.68 |
| Transcript and copy of Patrick Hickey deposition | $   398.05 |
| Transcript and copy of Daniel Wasserberg deposition | $   419.65 |
| Transcript and copy of G.F. Watkins deposition | $   483.80 |
| Copy of transcript of John Mingarelli deposition | $   403.94 |

**TOTAL COST OF TRANSCRIPTS AND DEPOSITIONS:**          **$11,562.61**



EXHIBIT
B

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16034920 | 07/29/2008 | 1602-88047 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/21/2008 | MARSWI | 4:07-CV-03885 |

| CASE CAPTION |
|---|
| Elizabeth Krohn vs. David Powers Homes, Inc. et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

*OK to pay*
*Jr 2 828 08*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Elizabeth Krohn (9.5 Hrs)                                            .00
        Set-up & First Hour                                          230.00
        Additional Deposition Hr       6.50 Hours @    110.00/Hour   715.00
        After Hours Rate                                             165.00
        Tape Stock - Digital           4.00 Tapes @     35.00/Tape   140.00
        Video MPEG 1 on DVD            6.50 Hours @     60.00/Hour   390.00
        Shipping & Handling                                           15.00
                                                                 _____
                              TOTAL   DUE   >>>>                   1,655.00
```

TAX ID NO.: 20-2665382                          (713) 651-0111    Fax (713) 651-0220

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice No.:  16034920
Date        :  07/29/2008
**TOTAL DUE  :   1,655.00**

Job No.   :  1602-88047
Case No.  :  4:07-CV-03885
Elizabeth Krohn vs. David Powers Hom

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

# LEGALINK, INC. 

## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16034843 | 07/30/2008 | 1601-88046 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/21/2008 | ROMNSH | 4:07-CV-03885 |

| CASE CAPTION |
|---|
| Elizabeth Krohn vs. David Powers Homes, Inc. et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

*OK to pay*
*2828-108*
*Mv*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Elizabeth Krohn                                                                        2,574.35
(TAXABLE    $  2,574.35)

                                        TOTAL   DUE   >>>>            2,574.35

---

TAX ID NO.: 20-2665382                                      (713) 651-0111    Fax (713) 651-0220

*Please detach bottom portion and return with payment.*

---

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice No.:  16034843
Date        :  07/30/2008
**TOTAL DUE** :  2,574.35


Job No.   :  1601-88046
Case No.  :  4:07-CV-03885
Elizabeth Krohn vs. David Powers Hom

Remit To:     LegaLink, Inc.
              PO Box 277951
              Atlanta, GA 30384

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16035914 | 09/29/2008 | 1601-88803 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/10/2008 | JENKCA | 4:07-CV-03885 |

### CASE CAPTION

Elizabeth Krohn vs. David Powers Homes, Inc. et al

### TERMS

Immediate, sold FOB Merrill facility

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Harold Eugene Acord

761.20

TOTAL  DUE  >>>>          761.20

TAX ID NO.: 20-2665382                                    (713) 651-0111    Fax (713) 651-0220

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice No.:  16035914
Date       :  09/29/2008
TOTAL DUE  :      761.20


Job No.   :  1601-88803
Case No.  :  4:07-CV-03885
Elizabeth Krohn vs. David Powers Hom

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

# INVOICE

DEPOTEXAS
13101 Northwest Freeway, Suite 210
Houston, TX 77040
Phone: 281-469-5580   Fax: 713-460-2525

*OK to pay*
*Omer*
*8-28-08*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 173927 | 9/5/2008 | 85931 |

| Job Date | Case No. | |
|---|---|---|
| 8/28/2008 | H-4:07-3885 | |

| Case Name | | |
|---|---|---|
| Elizabeth Krohn vs David Powers Homes, Inc, et al | | |

Carol Keough
Coats, Rose, Yale, Ryman & Lee, P.C.
3 Greenway Plaza, Suite 2000
Houston, TX 77046

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

1 COPY OF TRANSCRIPTION                                                                    251.23

TOTAL DUE   >>>     $251.23
AFTER 10/5/2008 PAY     $266.30

Thank you. We appreciate your business.

110361

Tax ID: 76-0328576                                    Phone: 713-651-0111   Fax: 713-651-0220

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee, P.C.
3 Greenway Plaza, Suite 2000
Houston, TX 77045

| | | | |
|---|---|---|---|
| Job No. | 85931 | 3U ID | 1-HOU |
| Case No. | H-4:07-3885 | | |
| Case Name | Elizabeth Krohn vs David Powers Homes, Inc, et al | | |
| Invoice No. | 173927 | Invoice Date | 9/5/2008 |

Total Due   $ 251.23
AFTER 10/5/2008 PAY $266.30

| PAYMENT WITH CREDIT CARD | | |
|---|---|---|
| Cardholder's Name | | |
| Card Number | | |
| Exp. Date | Phone | |
| Billing Address | | |
| Zip | Card Security Code | |
| Amount to Charge | | |
| Cardholder's Signature | | |

Remit To: DEPOTEXAS
6500 Greenville Avenue, Suite 445
Dallas, TX 75206

# INVOICE

DEPOTEXAS
13101 Northwest Freeway, Suite 210
Houston, TX 77040
Phone:281-469-5580  Fax:713-460-2525

*OK to pay*
*Orm*
*2828.108*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174561 | 9/27/2008 | 85664 |

| Job Date | Case No. |
|---|---|
| 8/26/2008 | H-4:07-3885 |

| Case Name |
|---|
| Elizabeth Krohn vs. David Powers Homes, Inc., et al |

Carol Keough
Coats, Rose, Yale, Ryman & Lee, P.C.
3 Greenway Plaza, Suite 2000
Houston, TX 77046

| Payment Terms |
|---|
| Due upon receipt |

| 1 COPY OF TRANSCRIPT OF: | |
|---|---|
| David Powers | 245.56 |

TOTAL DUE >>>     $245.56
AFTER 10/27/2008 PAY     $260.29

Thank you. We appreciate your business.

*110776*

**Tax ID:** 76-0328576                                    Phone: 713-651-0111  Fax:713-651-0220

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee, P.C.
3 Greenway Plaza, Suite 2000
Houston, TX 77046

| Job No. | : 85664 | BU ID | : 1-HOU |
|---|---|---|---|
| Case No. | : H-4:07-3885 | | |
| Case Name | : Elizabeth Krohn vs. David Powers Homes, Inc., et al. | | |
| Invoice No. | : 174561 | Invoice Date | : 9/27/2008 |
| **Total Due** | : $ 245.56 | | |

AFTER 10/27/2008 PAY $260.29

| PAYMENT WITH CREDIT CARD | AMEX | MASTERCARD | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To:  **DEPOTEXAS**
                6500 Greenville Avenue, Suite 445
                Dallas, TX 75206

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16036058 | 10/13/2008 | 1601-88981 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/02/2008 | ROMNSH | 4:07-CV-03885 |

CASE CAPTION

Elizabeth Krohn vs. David Powers Homes, Inc. et al

TERMS

Immediate, sold FOB Merrill facility

*OK to pay*
*anu*
*↑ 8.28.08*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Jodie Vazquez

655.75

TOTAL   DUE   >>>>               655.75

TAX ID NO.: 20-2665382                                    (713) 651-0111    Fax (713) 651-0220

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

RECEIVED

OCT 2 ? 2008

Entered _____
Scanned _____ 10/28

Invoice No. : 16036058
Date       : 10/13/2008
TOTAL DUE  :      655.75

Job No.  : 1601-88981
Case No. : 4:07-CV-03885
Elizabeth Krohn vs. David Powers Hom

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

# LEGALINK, INC. 

MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100        Phone: (713) 426-0400
Houston, TX 77002                    Fax: (713) 426-0600

*OK to pay $$$$ 188 Mc*

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16036112 | 10/13/2008 | 1607-88865 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/01/2008 | HUNTGE | 4:07-CV-03885 |

CASE CAPTION

Elizabeth Krohn vs. David Powers Homes, Inc. et al

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

TERMS

Immediate, sold FOB Merrill facility

5-DAY EXPEDITED ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    Kevin Wiederhold                                           1,755.65

                                   TOTAL  DUE  >>>>      1,755.65

*1/13/08*

TAX ID NO.: 20-2665382                          (713) 651-011 V   Fax (713) 651-0220

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice No.:  16036112
Date       :  10/13/2008
TOTAL DUE  :     1,755.65

**RECEIVED**
OCT 2 1 2008
Entered
Scanned   10/28

Job No.   :  1607-88865
Case No.  :  4:07-CV-03885
Elizabeth Krohn vs. David Powers Hom

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16036215 | 10/16/2008 | 1608-88864 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/01/2008 | HUNTGE | 4:07-CV-03885 |

| CASE CAPTION |
|---|
| Elizabeth Krohn vs. David Powers Homes, Inc. et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Kevin Wiederhold (7.25 Hrs)
        Set-up & First Hour                                              .00
        Additional Deposition Hr     2.50 Hours @    110.00/Hour      230.00
        After Hours Rate             2.75 Hours @    165.00/Hour      275.00
        Tape Stock - Digital         3.00 Tapes @     35.00/Tape      453.75
        Video MPEG 1 on DVD          6.00 Hours @     60.00/Hour      105.00
        Shipping & Handling                                          360.00
                                                                      40.00

                              TOTAL   DUE  >>>>   ,              1,463.75


RUSH -Needed by 10/08/2008-
```

TAX ID NO.: 20-2665382

(713) 651-0111   Fax (713) 651-0220

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice No.: 16036215
Date      : 10/16/2008
TOTAL DUE : 1,463.75

Job No.   : 1608-88864
Case No.  : 4:07-CV-03885
Elizabeth Krohn vs. David Powers Hom

RECEIVED
OCT 2 8 2008
Entered _____
Scanned _____

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

**Huseby, Inc  Atlanta**
An Affiliate of National Depo
Tel: 404.875.0400
Fax: 404.875.2979

*OK to pay*
*Omn*
*3828.108*

Bill To: Carol P Keough Esq
Coats Rose
Three East Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice #:      NC49549
Invoice Date:   10/13/2008
Balance Due:    $ 494.68

Case  #:        H4073885

| | | |
|---|---|---|
| Case: | Elizabeth Krohn v. David Powers Homes Inc | |
| Job #: | 33421   |  Job Date: 10/9/2008   |  Delivery:   Expedited | |
| Billing Atty: | Carol P Keough Esq | |
| Location: | Shellist Lazarz LLP | |
| | 1900 West Loop South | Suite 1910 | Houston, TX 77027 | |

| Item | Witness | Description | | | Amount |
|---|---|---|---|---|---|
| | George Neil Lewis | Copy | | | $494.68 |
| Notes: | | | | Invoice Total: | $494.68 |
| | | | | Payment: | |
| | | | | Credits: | |
| Fed. Tax ID: 20-3132569 | | Term: Due Upon Receipt | | Balance Due: | $494.68 |

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

RECEIVED

OCT 21 2008

Entered  10/28
Scanned _____

Make check payable to:   National Depo

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐ Lock Box

Credit Card # _____   Exp.  Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC49549
Job #:  33421
Invoice Date: 10/13/2008

Balance : $ 494.68

# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

*OK to pay*
*Omn*
*2.828.108*

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16036578 | 11/07/2008 | 1601-89407 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/03/2008 | JENKCA | 4:06-CV-03885 |

| CASE CAPTION |
|---|
| Elizabeth Krohn vs. David Power Homes, Inc., et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

---

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Patrick H. Hickey                                              348.05

                                     TOTAL   DUE   >>>>          348.05
```

*1119 77*

TAX ID NO.: 20-2665382                         (713) 651-0111   Fax (713) 651-0220

*Please detach bottom portion and return with payment.*

---

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

RECEIVED
NOV 13 2008
Entered   11/18
Scanned

Invoice No.:  16036578
Date      :  11/07/2008
TOTAL DUE :    348.05

Job No.   :  1601-89407
Case No.  :  4:06-CV-03885
Elizabeth Krohn vs. David Power Home

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16036727 | 11/21/2008 | 1601-89475 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/13/2008 | HILDVI | 4:06-CV-03885 |

| CASE CAPTION |
|---|
| Elizabeth Krohn vs. David Power Homes, Inc., et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

*OK to pay 2-8-10 [signature]*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Daniel Wasserberg

419.65

TOTAL   DUE   >>>>         419.65

112988

TAX ID NO.: 20-2665382                              (713) 651-0111   Fax  (713) 651-0220

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

RECEIVED

DEC 16 2008

Entered 12/22
Scanned

Invoice No.:  16036727
Date        :  11/21/2008
TOTAL DUE   :      419.65

Job No.     :  1601-89475
Case No.    :  4:06-CV-03885
Elizabeth Krohn vs. David Power Home

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# LEGALINK, INC. 

MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100          Phone: (713) 426-0400
Houston, TX 77002                      Fax: (713) 426-0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16036792 | 11/26/2008 | 1601-89612 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/19/2008 | PEARJE | 4:07-CV-03885 |

| CASE CAPTION |
|---|
| Elizabeth Krohn vs. David Powers Homes, Inc. et al |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   G. F. Watkins                                      483.80

                                      TOTAL   DUE   >>>>          483.80



TAX ID NO : 59-2665382                                      (713) 651-0111    Fax (713) 651-0220

---

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice No.:  16036792
Date        :  11/26/2008
**TOTAL DUE** :       483.80

Job No.  :  1601-89612
Case No. :  4:07-CV-03885
Elizabeth Krohn vs. David Powers Hom

Remit To:     LegaLink, Inc.
              PO Box 277951
              Atlanta, GA 30384

# INVOICE

DEPOTEXAS
13101 Northwest Freeway, Suite 210
Houston, TX 77040
Phone:281-469-5580 · Fax:713-460-2525

*OK to pay*
*Only*
*9/28/08* *(handwritten)*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174563 | 9/27/2008 | 85665 |

| Job Date | Case No. |
|---|---|
| 8/26/2008 | H-4:07-3885 |

| Case Name |
|---|
| Elizabeth Krohn  vs  David Powers Homes, Inc., et al |

| Payment Terms |
|---|
| Due upon receipt |

Carol Keough
Coats, Rose, Yale, Ryman & Lee, P.C.
3 Greenway Plaza, Suite 2000
Houston, TX 77046

1 COPY OF TRANSCRIPT OF
John Mingarelli                                                            403.94

TOTAL DUE >>>          $403.94
AFTER 10/27/2008 PAY          $428.18

Thank you. We appreciate your business.

**1107 77** *(handwritten)*

Tax ID: 76-0528570                                    Phone: 713-651-0111   Fax 713-651-0220

*Please detach bottom portion and return with payment.*

Carol Keough
Coats, Rose, Yale, Ryman & Lee, P.C.
3 Greenway Plaza, Suite 2000
Houston, TX 77046

| | |
|---|---|
| Job No. | 85665 |
| Case No. | H-4:07-3885 |
| Case Name | Elizabeth Krohn  vs  David Powers Homes, Inc., et al |

BU ID : T-HOU

Invoice No. : 174563          Invoice Date : 9/27/2008
Total Due : $ 403.94
AFTER 10/27/2008 PAY $428.18

| PAYMENT WITH CREDIT CARD | AMEX   MASTER   DISCOVER   VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:  **DEPOTEXAS**
          **6500 Greenville Avenue, Suite 445**
          **Dallas, TX 75206**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ELIZABETH KROHN,                        §
                                        §
        Plaintiff                       §
                                        §
v.                                      §        CIVIL ACTION NO. 4:07-cv-03885
                                        §
DAVID POWERS HOMES, INC. and            §
DAVID POWERS, Individually,             §
                                        §
        Defendants                      §        JURY DEMANDED

## ITEMIZATION OF NECESSARY COPIES FOR BILL OF COSTS

| | |
|---|---:|
| Litigation copies and bates labeling | $326.17 |
| Harris County Toll Road Authority records | $243.88 |
| Employment records from Partners in Building | $ 64.00 |
| Employment records from David Weekly Homes | $235.50 |
| Litigation copies for trial | $169.52 |
| Litigation copies for trial | $150.67 |
| AT&T phone records | $428.00 |
| A&T phone records | $207.50 |
| 1,217 pages of documents produced with discovery responses | $121.70 |
| 1,171 copies of pleadings and letters filed with court (from docket sheet) | $117.10 |

**TOTAL COST OF NECESSARY COPIES:**                 **$2,064.04**


EXHIBIT
tabber



Invoice

# Digital Document Management

1001 Fannin, STE M-162
Houston, Texas 77002
(713)651-8007 Phone
(713)651-9750 Fax

Invoice Number: 0045953-IN
Invoice Date: 6/25/2008

*OK to pay*
*me*
*2828.108*

Sold To:

Coats, Rose, Yale, Ryman. Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Remit to:

C2 Legal of Houston
1001 Fannin
Suite M-162
Houston, TX 77002
(713) 651-8007
Tax Id # 75-2623302

| Client Matter # | Job # | | Customer Name | Salesperson |
|---|---|---|---|---|
| 2828-108 | | | Stacy Lord | Ferdinand Andres |

| Item Number | Ordered | Price | Amount |
|---|---|---|---|
| Bates Labeling | 1,039.000 | 0.050 | 51.95 |
| Lit. Cop. - Full Ser. Level 4 | 2,078.000 | 0.120 | 249.36 |





RECEIVED

JUN 28 2008

Jennifer McClosky

| To pay by credit card please fill in and fax to 713-651-9750. | Net Invoice: | 301.31 |
|---|---|---|
| Card #: | Sales Tax: | 24.86 |
| Expires on          Card Type: | Invoice Total: | 326.17 |

Signature:                    Date:

Merrill Legal Solutions
315 Capitol,
Suite 100.
Houston, TX 77002
(713) 426-0400   Fax (713) 315-2158

# I N V O I C E

ok to pay
2,828,108
Mr

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 53542 | 08/20/2008 | Immediate, sold FOB N |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 02-5633-001 | 07/16/2008 | 4:07-CV-03885 |

CASE CAPTION

Elizabeth Krohn vs. David Powers Homes, Inc.

RECORDS PERTAINING TO

SSN : ***-**-****          DOB :

Carol P. Keough
Coats Rose Yale Ryman & Lee, PC
3 Greenway Plaza
Suite 2000
Houston, TX 77046

RECORDS FROM

Harris County Toll Road Authority    (Any & All Records)
330 Meadowfern   Houston, TX 77067

1 SET OF Any & All Records RECORDS OF :

|  |  |
|---|---|
|  | 243.88 |
| TOTAL   DUE   >>>> | 243.88 |

TAX ID NO. : 20-2665382                                  (713) 653-7300   Fax (713) 651-0220

*Please detach and return this portion with your payment*

Carol P. Keough
Coats Rose Yale Ryman & Lee, PC
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice No.:  53542
Date      :  08/20/2008
TOTAL DUE  :  $    243.88

Order No.  :  02-5633-001
Cause No.  :  4:07-CV-03885
Elizabeth Krohn vs. David Powers Home

Remit To:      LegaLink, Inc.
               PO Box 277951
               Atlanta, GA 30384

Republic Services, Inc.
4202 Sherwood
Houston, TX 77092
(713) 957-0094   Fax (713) 957-0540

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 289087 | 08/20/2008 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-53191-001 | 07/09/2008 | 4:07-CV-03885 |

*ok to pay*
*2 828.08*
*~jm*

CASE CAPTION

KROHN VS. DAVID POWERS HOMES, INC.

RECORDS PERTAINING TO

ELIZABETH KROHN
SSN : ***-**-****               DOB :

Ms. Carol Keough
Coats, Rose, Yale, Ryman & Lee, P.C.
3 Greenway Plaza, Suite 2000
Houston, TX 77046-0307

---

RECORDS FROM

PARTNERS IN BUILDING, LP   (Employment)
17361 VILLAGE GREEN DRIVE   HOUSTON, TX 77040

```
*****RECORDS ORDER BY WAIVER*****
    ELIZABETH KROHN                      8 Pages @   .50/Page      4.00
                    BASIC FEE                                     50.00
                    POSTAGE/NON-TAX                               10.00

                                        TOTAL   DUE   >>>>        64.00
```

*1009742*

---

TAX ID NO.: 76-0699818                              (713) 651-0111   Fax (713) 651-0220

*Please detach and return this portion with your payment*

Ms. Carol Keough
Coats, Rose, Yale, Ryman & Lee, P.C.
3 Greenway Plaza, Suite 2000
Houston, TX 77046-0307

```
Invoice No.:  289087
Date       :  08/20/2008
TOTAL DUE  :  $    64.00


Order No.  :  01-53191-001
Cause No.  :  4:07-CV-03885
KROHN VS. DAVID POWERS HOMES, INC.
```

Remit To:   Republic Services, Inc.
            4202 Sherwood
            Houston, TX 77092

Merrill Legal Solutions
315 Capitol,
Suite 100
Houston, TX 77002
(713) 426-0400   Fax (713) 315-2158

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 53583 | 09/03/2008 | Immediate, sold FOB M |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 02-5653-001 | 08/06/2008 | 4:07-CV-03885 |

*okay to pay 285.10 [handwritten]*

Carol P. Keough
Coats Rose Yale Ryman & Lee, PC
3 Greenway Plaza
Suite 2000
Houston, TX 77046

CASE CAPTION

Elizabeth Krohn vs. David Powers Homes, Inc.

RECORDS PERTAINING TO

Elizabeth G. Krohn
SSN : ***-**-****                    DOB : 06/13/1960

RECORDS FROM

David Weekley Homes   (Employment)
1111 North Post Oak Road   Houston, TX 77055

1 SET OF Employment RECORDS OF :
   Elizabeth G. Krohn                                    235.50

                              TOTAL   DUE   >>>>        235.50

TAX ID NO. : 20-2665382                    (713) 653-7300   Fax (713) 651-0220

---

*Please detach and return this portion with your payment*

Carol P. Keough
Coats Rose Yale Ryman & Lee, PC
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice No. :  53583
Date        :  09/03/2008
TOTAL DUE   :  $   235.50

Order No.  :  02-5653-001
Cause No.  :  4:07-CV-03885
Elizabeth Krohn vs. David Powers Home

Remit To:     LegaLink, Inc.
              PO Box 277951
              Atlanta, GA 30384



# Invoice

**Invoice Number:** 0046811-IN
**Invoice Date:** 9/24/2008

## Digital Document Management

1001 Fannin, STE M-162
Houston, Texas 77002
(713)651-8007 Phone
(713)651-9750 Fax

*2 828.108*
*Ann*
*OR to pay*

Sold To:

Coats, Rose, Yale, Ryman. Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Remit to:

C2 Legal of Houston
1001 Fannin
Suite M-162
Houston, TX 77002
(713) 651-8007
Tax Id # 75-2623302

| Client Matter #<br>2828-108 | Job # | | Customer Name<br>Stacy Lord | Salesperson<br>Ferdinand Andres |
|---|---|---|---|---|
| Item Number | | Ordered | Price | Amount |
| Lit. Cop. - Full Ser. Level 4 | | 1,305.000 | 0.120 | 156.60 |

*10774*

| To pay by credit card please fill in and fax to 713-651-9750 | Net Invoice: | 156.60 |
|---|---|---|
| Card #: | Sales Tax: | 12.92 |
| Expires on        Card Type: | Invoice Total: | 169.52 |

Signature: _____  Date: _4/28/09_

Digital Imaging & Coding    Electronic Data Discovery    Litigation Copying    National Accounts    On-Site Staffing
Chicago    Dallas    Detroit    Houston    New York City



# Invoice

**Digital Document Management**

1001 Fannin, STE M-162
Houston, Texas 77002
(713)651-8007 Phone
(713)651-9750 Fax

Invoice Number:  0046878-IN
Invoice Date:  9/30/2008

*OK to pay*
*2828.108*

**Sold To:**

Coats, Rose, Yale, Ryman. Lee
3 Greenway Plaza
Suite 2000
Houston, TX 77046

**Remit to:**

C2 Legal of Houston
1001 Fannin
Suite M-162
Houston, TX 77002
(713) 651-8007
Tax Id # 75-2623302

| Client Matter #<br>2828-108 | Job # | | Customer Name<br>Stacy Lord | Salesperson<br>Ferdinand Andres |
|---|---|---|---|---|

| Item Number | Ordered | | Price | Amount |
|---|---|---|---|---|
| Lit. Cop. - Full Ser. Level 4 | 1,057.000 | | 0.130 | 137.41 |
| Color Laser Copies | 2.000 | | 0.890 | 1.78 |



| To pay by credit card please fill in and fax to 713-651-9750 | | Net Invoice: | 139.19 |
|---|---|---|---|
| Card #: | | Sales Tax: | 11.48 |
| Expires on | Card Type: | Invoice Total: | 150.67 |

Signature:                    Date:

Merrill Legal Solutions
315 Capitol,
Suite 210
Houston, TX 77002
(713) 426-0400   Fax  (713) 315-2158

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 53616 | 09/05/2008 | Immediate, sold FOB Me |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 02-5633-002 | 07/16/2008 | 4:07-CV-03885 |

*OK to pay 2-528/08 amm*

Carol P. Keough
Coats Rose Yale Ryman & Lee, PC
3 Greenway Plaza
Suite 2000
Houston, TX 77046

**CASE CAPTION**

Elizabeth Krohn vs. David Powers Homes, Inc.

**RECORDS PERTAINING TO**

SSN :                                      DOB :

**RECORDS FROM**

AT&T  Compliance Center
11760 U.S. Highway One   North Palm Beach, FL  33408

1 SET OF Any & All Records RECORDS OF :                              428.00

(TAXABLE   $   428.00)

                                                     TOTAL   DUE  >>>>      428.00

**RECEIVED**
JUN 17 2009
Entered 6.15.09
Scanned

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 428.00 |
|---|---|---|---|---|---|

TAX ID NO. :  20-2665382

(713) 651-0111   Fax (713) 651-0220

*Please detach and return this portion with your payment*

Carol P. Keough
Coats Rose Yale Ryman & Lee, PC
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice No.:  53616
Date      :  09/05/2008
**TOTAL DUE** :  $    428.00

Order No.  :  02-5633-002
Cause No.  :  4:07-CV-03885
Elizabeth Krohn vs. David Powers Homes

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

Merrill Legal Solutions
315 Capitol,
Suite 210
Houston, TX 77002
(713) 426-0400   Fax (713) 315-2158

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 53617 | 09/05/2008 | Immediate, sold FOB Me |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 02-5633-002 | 07/16/2008 | 4:07-CV-03885 |

### CASE CAPTION

Elizabeth Krohn vs. David Powers Homes, Inc.

### RECORDS PERTAINING TO

Carol P. Keough
Coats Rose Yale Ryman & Lee, PC
3 Greenway Plaza
Suite 2000
Houston, TX 77046

SSN :                          DOB :

---

### RECORDS FROM

AT&T Compliance Center
11760 U.S. Highway One   North Palm Beach, FL 33408

| | |
|---|---|
| 1 SET OF Any & All Records RECORDS OF : | |
| (TAXABLE   $   207.50) | 207.50 |
| TOTAL DUE  >>>> | 207.50 |

ORDERED BY: Todd Slobin
Shellist Lazarz LLP
3/D International Tower
1900 W. Loop South, Suite 1910
Houston, TX 77027



110963

RECEIVED
JUN 1 2 2009
Entered 6.15.05
Scanned

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 207.50 |
|---|---|---|---|---|---|

TAX ID NO.: 20-2665382

(713) 651-0111   Fax (713) 651-0220

---

*Please detach and return this portion with your payment*

Carol P. Keough
Coats Rose Yale Ryman & Lee, PC
3 Greenway Plaza
Suite 2000
Houston, TX 77046

Invoice No.:  53617
Date        :  09/05/2008
**TOTAL DUE**  :  $   207.50


Order No.  :  02-5633-002
Cause No.  :  4:07-CV-03885
Elizabeth Krohn vs. David Powers Homes

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

Correspondence/Discovery 191 pages @ .10/pgs $19.10

11/30/07 – Letter to Slobin – 1 page
12/03/07 – Letter to Slobin – 1 page
01/15/08 – Letter to Slobin – 1 page
01/21/08 – Letter to Slobin – 4 pages
01/21/08 – Letter to Slobin – 1 page
02/27/08 – Letter to Slobin – 1 page
03/13/08 – Letter to Slobin – 2 pages
03/31/08 – Letter to Slobin – 1 page
05/08/08 – DPH First RFP to Plaintiff – 15 pages, plus transmittal letter – 1 page
05/08/08 – DPH  First Set of Rogs to Plaintiff – 7 pages
05/15/08 – DPH Objections and Answers to First set of Rogs – 10 pages
05/15/08 – DPH Responses to RFA – 5 pages
05/15/08 – DPH Objections and Responses to First RFA – 15
07/02/08 – Supplemental Answer to Rog #1 – 6 pages
07/03/08 – Notice of Deposition of Krohn – 2 pages
07/15/08 – Letter to Slobin – 2 pages
07/16/08 – Letter to Slobin – 1 page
07/18/08 – Letter to Slobin – 1 page
07/18/08 – Letter to Slobin – 1 page
07/25/08 – Letter to Slobin – 1 page
07/31/08 – Letter to Slobin – 2 pages
08/05/08 – Letter to Slobin – 1 page
08/07/08 – Letter to Court/copy to Slobin – 2 pages
08/13/08 – Letter to Court/copy to Slobin – 2 pages
08/18/08 – Letter to Slobin – 1 page
08/18/08 – Letter to Slobin – 1 page
08/19/08 – Second Set of  Rogs to Plaintiff/Letter – 6 pages
08/20/08 – Letter to Slobin – 1 page
08/26/08 – Letter to Slobin – 1 page
08/26/08 – Letter to Slobin – 1 page
08/26/08 – Notice of Deposition of Kevin Wiederhold – 2 pages
08/27/08 – Letter to Slobin – 1 page
08/28/08 – Letter to Slobin – 1 page
09/02/08 – Letter to Slobin – 1 page
09/02/08 – Notice of Deposition of Jodie Vasquez – 2 pages
09/02/08 – Notice of Deposition of Harold Accord – 2 pages
09/03/08 – Letter to Slobin – 1 page
09/03/08 – Letter to Slobin – 1 page
09/03/08 – Letter to Slobin – 1 page
09/03/08 – Amended Notice of Deposition of Kevin Wiederhold – 2 pages
09/05/08 – Letter to Slobin – 1 page
09/05/08 – Amended Notice of Deposition of Jodie Vasquez – 2 pages
09/05/08 – Third Amended Notice of Kevin Wiederhold –  2 pages
09/05/08 – Letter to Slobin – 1 page

09/05/08 – Letter to Jerry Johnson forwarding transcript – 1 page
09/10/08 – Second Supplemental Response to Rog #1 – 6 pages
09/19/08 – Letter to Social Security Administration re records – 1 page
09/22/08 – Letter to Slobin – 2 pages
09/24/08 - Responses and Objections to Second RFP – 4 pages
09/24/08 – Letter to Slobin – 1 page
09/26/08 – Letter to Kevin Wiederhold forwarding docs for depo – 1 page
09/29/08 – Letter to Slobin – 1 page
09/29/08 – Letter to Court/copy for Slobin – 2 pages
10/03/08 – Letter to Slobin – 1 page
10/03/08 – Letter to Slobin – 1 page
10/06/08 – Letter to Slobin – 1 page
10/08/08 – Second Supplemental Response to Rog #1 and Letter  - 7 pages
10/09/08 – Letter to Slobin – 1 page
10/13/08 – Letter to Slobin – 2 pages
10/14/08 – Letter to Slobin – 1 page
10/14/08 – Letter to Slobin – 1 page
10/22/08 – Letter to Slobin – 1 page
10/30/08 – Notice of Deposition  of Patrick Hickey – 2 pages
10/30/08 – Notice of Deposition of Daniel Wasserberg – 2 pages
10/30/08 – Notice of Deposition of Barbara Carroll – 2 pages
11/03/08 – Letter to Slobin – 1 page
11/05/08 - Amended Notice of Deposition of Daniel Wasserberg – 2 pages
11/05/08 – Notice of Deposition of John Clark – 2 pages
11/11/08 – Amended Notice of Deposition of G.F. Watkins – 2 pages
11/17/08 – Second Amended Notice of Deposition of G.F. Watkins – 2 pages
11/21/08 – Responses to Plaintiff's Third RFP and letter – 4 pages
12/15/08 – Letter to Slobin – 1 page
01/29/09 – Letter to Slobin – 1 page
02/06/09 – Letter to Slobin – 1 page
02/12/09 – Letter to Slobin – 1 page
03/05/09 – Letter to Slobin – 1 page


Documents produced with discovery responses

1,217 pages x .10/page = $121.70

Documents/Pleadings/Letters filed with Court (see attached Docket Sheet with itemized
page count)

1,171 pages x. .10/page = $117.10